**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ZACHARY JAMES BOYD, | ) | CASE NO. 1:24-CV-01277 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE DARRELL CLAY |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendants. | ) | **RECOMMENDATION** |

On July 26, 2024, Plaintiff Zachary James Boyd filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny his application for Child Disability benefits and Supplemental Security Income. (ECF No. 1). On April 9, 2025, Magistrate Judge Darrell A. Clay issued a Report and Recommendation ("R&R") recommending that the Court REVERSE the Commissioner's decision and REMAND for additional proceedings consistent with the R&R. (ECF No. 11).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service. Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt an R&R without further review. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). As of the date of this Order, more than 14 days have passed and neither party has objected to the R&R.

1

2

Accordingly, the Court **ADOPTS** Magistrate Judge Clay's R&R, incorporating it fully herein by reference, **REVERSES** the Commissioner's final decision, and **REMANDS** for additional proceedings consistent with the R&R.

**IT IS SO ORDERED.**

Date: April 28, 2025

*/s/ Charles Fleming*

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**